```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

| | | |
|---|---|---|
| KHAMBAO MONTGOMERY MULDOON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-114-Y |
| | § | |
| STATE FARM LLOYDS | § | |

### SECOND ORDER REQUIRING FILING OF AGREED MOTION TO DISMISS

On June 22, 2015, this Court entered its Order to File Agreed Motion to Dismissal (doc. 11) that stated in part:

> Accordingly, the parties must file an agreed motion to dismiss or stipulation of dismissal due to settlement no later than **August 18, 2015.**

In response, the parties filed a joint motion for extension of time to file dismissal documents (doc. 12); however, this motion was unfiled for failure to adhere to the undersigned's judge specific requirements.[1]

Accordingly, the parties shall file their agreed motion to dismiss or a stipulation of dismissal due to settlement no later than **November 30, 2015**, or show cause in writing as to why they have not complied.

SIGNED November 2, 2015.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] *See* http://www.txnd.uscourts.gov/judge/senior-district-judge-terry-means.