IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KHAMBAO MONTGOMERY MULDOON, § § § | |
| PLAINTIFF, § § | |
| V. § | CIVIL ACTION NO. 4:15-CV-00114-Y |
| § | |
| STATE FARM LLOYDS AND WENDY LACEY, § § § § | |
| DEFENDANTS. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Khambao Montgomery Muldoon and Defendants State Farm Lloyds and Wendy Lacey hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendants are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 30th day of November, 2015.

Respectfully submitted,

Jacey Honnecker
State Bar No.: 24085383
SPEIGHTS & WORRICH
3838 Oak Lawn Avenue, Suite 1000
Dallas, Texas 75219
Phone: 210.495.6789
Fax: 210.495.6790
Email: lacey@speightsfirm.com
**COUNSEL FOR PLAINTIFF**

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Courtney C. Kasper
State Bar No.: 24078771

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: ckasper@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 30th day of November, 2015, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Jacey L. Hornecker
Speights & Worrich
1350 North Loop 1604 E., Suite 104
San Antonio, Texas 78232
*Counsel for Plaintiff*

/s/ Rhonda J. Thompson
Rhonda J. Thompson