```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

| | | |
|---|---|---|
| KHAMBAO MONTGOMERY MULDOON | § § | |
| VS. | § § | CIVIL ACTION 4:15-CV-00114-Y |
| STATE FARM LLOYDS AND WENDY LACEY | § § § | |

## FINAL JUDGMENT

In accordance with the parties' joint stipulation of dismissal and the Court's order of dismissal filed this day, Plaintiff's claims are DISMISSED WITH PREJUDICE.

Each party shall bear its own costs under 28 U.S.C. § 1920.

SIGNED December 2, 2015.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah